UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN A BROWN,

            Plaintiff,

   v.

MARK SCHNOOR, TERRY MCELRAVY, PAT GLEBE, D DAHNE, KERRY MCTARSNEY,

            Defendants.

CASE NO. C14-5099 RJB-JRC

ORDER

The District Court has referred this 42 U.S.C. § 1983 civil rights matter to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Rules MJR 1, MJR 3, and MJR 4.

Plaintiff asks the Court to disregard the motion to compel discovery that he previously filed (Dkt. 15). Plaintiff agrees with defendants that his motion to compel is premature (Dkt. 17). The Court grants plaintiff's motion to withdraw the motion to compel. The Clerk's office is directed to remove Dkt. 15 and 17 from the Court's calendar.

Dated this 1st day of August, 2014.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1