UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN A BROWN,<br><br>                    Plaintiff,<br><br>        v.<br><br>MARK SCHNOOR, TERRY MCELRAVY, PAT GLEBE, D DAHNE, KERRY MCTARSNEY.<br><br>                    Defendants. | CASE NO. C14-5099 RJB-JRC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT |

   The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

   Plaintiff asks for leave to file an amended complaint (Dkt. 23). Plaintiff filed this action in February of 2014 (Dkt. 5). Defendants answered the complaint in April of 2014 (Dkt. 13). On April 8, 2014, the Court entered a scheduling order that gave the parties six months to conduct discovery (Dkt. 14). Discovery closed on October 17, 2014 (*id*.). On the day discovery closed, plaintiff filed his motion to amend the complaint (Dkt. 23).

1     The Court has reviewed the proposed amended complaint, (Dkt. 23-1). The proposed
2 amended complaint is substantially the same as the original. While leave to amend should be
3 freely given under Fed. R. Civ. P 15(a)(2), this motion is not timely.  The time the Court allotted
4 for discovery has run. Additionally, plaintiff has not shown good cause for the need to file the
5 amended complaint.  Accordingly, the Court denies plaintiff's motion to amend the complaint.

7     Dated this 20th  day of October, 2014.

                        J. Richard Creatura
                        United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION TO
AMEND THE COMPLAINT - 2