UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN A BROWN,

    Plaintiff,

v.

MARK SCHNOOR, TERRY MCELRAVY, PAT GLEBE, D DAHNE, KERRY MCTARSNEY,

    Defendant.

CASE NO. C14-5099 RJB-JRC

ORDER

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

Plaintiff asks the Court for leave to file a supplemental complaint that raises claims of retaliation that he alleges have occurred since the filing of his original complaint (Dkt. 29). Plaintiff names at least one new defendant in his proposed supplement. The Court need not wait for the noting date to consider this motion. Were the Court to allow an amendment at this stage in the proceedings litigation would become a continuum of new claims. Discovery is closed and

ORDER - 1

1  the Court has already denied a motion to amend the complaint as untimely (Dkt. 25).  The Court
2  denies this motion for the same reasons as set forth in the October 21, 2014 order (*id.*).

3  Dated this 5th day of December, 2014.

*[signature]*

J. Richard Creatura
United States Magistrate Judge