The Honorable Robert J. Bryan

```
_____ FILED _____ LODGED
         _____ RECEIVED
         JAN 1 1 2016
      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                           DEPUTY
```

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KEVIN A. BROWN,<br><br>            Plaintiff,<br>v.<br><br>MARK SCHNOOR, et al.<br><br>            Defendants. | Case No.: 3:14-cv-05099-RJB<br><br>**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Noted for Consideration:<br>January 8, 2016 |

## APPLICATION

Plaintiff Kevin A. Brown, by and through his undersigned attorneys, hereby represents and shows:

That there is now incarcerated at Coyote Ridge Corrections Center, 1301 N. Ephrata Ave., Connell, WA 99326, in the custody of the Warden thereof, a Donald Betts DOC 844522, a rebuttal witness in this matter, and it is necessary that he be present at the United States Courthouse, 1717 Pacific Avenue, Room 3100, Tacoma, WA 98402, at 8:30 a.m. on January 25, 2016 in order to give testimony as a rebuttal witness for the plaintiff Kevin A. Brown.

WHEREFORE petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Testificandum out of and under the seal of this Court, directed to said

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM - 1
Case No.: 3:14-cv-05099-RJB

MAUSETH LEGAL, PLLC
15111 Main St., Ste. 208
Mill Creek, WA 98012
(425) 242-5111

1  Warden, commanding him to have and produce the above named individual at said
2  United States Courthouse at said date and time, the individual to be returned to the
3  custody said Warden at the conclusion of said proceedings.

5  DATED this 8th day of January 2016.

*/s/ J. Mauseth*

Jensen S. Mauseth WSBA No. 45546
Mauseth Legal, PLLC
15111 Main Street, Ste. 208
Mill Creek, WA 98012
Telephone:   (425) 242-5111
Fax:         (425) 242-5114
Email:       jmauseth@mausethlegal.com

Emily M. Gause, WSBA No. 44446
Law Offices of Emily Gause, PLLC
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone:   (206) 660-8775
Fax:         (206) 389-1709
Email:       emily@emilygauselaw.com

Attorneys for Mr. Kevin A. Brown

### ORDER

Upon reviewing the foregoing application,

IT IS ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued as prayed for herein.

DATED this 11 day of January 2016.

*/s/ Robert J. Bryan*

Robert J. Bryan
UNITED STATES DISTRICT JUDGE

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM - 2
Case No.: 3:14-cv-05099-RJB

MAUSETH LEGAL, PLLC
15111 Main St., Ste. 208
Mill Creek, WA 98012
(425) 242-5111

## CERTIFICATE OF SERVICE

I hereby certify that on the date given below, I electronically filed the foregoing APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following persons:

Aaron M. Williams, Esq.
John C. Dittman, Esq.
Attorney General's Office
The State of Washington
P.O. Box 40116
Olympia, WA 98504
Email:  aaronw@atg.wa.gov
        johnd2@atg.wa.gov
Attorneys for Defendants Schnoor, McElravy, Glebe, Dahne, and McTarsney

DATED this 8th day of January 2016, at Tacoma, Washington.

_____
Jensen Mauseth

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM - 3
Case No.: 3:14-cv-05099-RJB

MAUSETH LEGAL, PLLC
15111 Main St., Ste. 208
Mill Creek, WA 98012
(425) 242-5111